DONALD HARPER et al., as Trustees under the Will of FERRIS S. THOMPSON, Deceased, Respondents, *v.* LOUISE G. THOMPSON, Appellant, Impleaded with Others.

(Argued November 22, 1928; decided December 7, 1928.)

*Theodore Kiendl, Lee McCanliss* and *Otis T. Bradley* for appellant.

*George L. Shearer* for plaintiffs-respondents.

*David J. Daly* for Trustees of Princeton University, respondents.

*J. Edwards Wyckoff, John Reid, Jr.,* and *James Morrow* for New York Skin and Cancer Hospital, respondent.

*Henry H. Anderson* and *Edmund L. Baylies* for Seamen's Church Institute, respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.